Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAVIA LAWSON, Individually and On Behalf of All Others Similarly Situated,** )<br>)<br>) | Case No. 2:14-cv-08401-PA-SH |
| ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITHOUT** |
| **Plaintiff,** ) | **PREJUDICE** |
| **v.** )<br>) | |
| **NYSA CORPORATION dba THE BILL COACH,** )<br>)<br>) | |
| **Defendant.** )<br>) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed without

prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 5th day of November, 2014.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 5th day of November, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 5th day of November, 2014, via the ECF system to:

Honorable Percy Anderson
Judge of the United States District Court
Central District of California


By: s/Todd M. Friedman
    Todd M. Friedman